UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LONNIE MUNDAY, ) <br> ) <br> Defendant. ) <br> ) | 3:05-cr-00155-LRH-RAM <br><br> ORDER |

Before the court is Defendant LONNIE MUNDAY's Petition to Terminate Supervised Release (#43). The petition has been opposed by the Government (#45) and the Probation Office has recommended against an early termination from probation.

The primary grounds cited in support of the early termination of the Defendant's probationary term are travel restrictions which apply to Defendant Munday's current employment. The Probation Office has confirmed its liberal policy with regard to dealing with such travel restrictions as cited by Defendant. In consideration of the circumstances of the Defendant's criminal conviction, his criminal history and the favorable sentence he received of probation for a term of two years, Defendant's petition for early termination of probation will be denied.

IT IS SO ORDERED.

DATED this 14th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE